Wilhelm Knauth and Others, Copartners, Doing Business under the Firm

Name and Style of Knauth, Nachod & Kuhne, Appellants, v. Stevenson, Rye & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.